**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GIN NUNEZ**, | : | |
| | : | Case No.   19-cv-02780-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **KIM FLOWERS, ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 17th day of October, 2019, after consideration of Plaintiff's Motion for Leave to Serve Process ("Motion," ECF No. 7), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
_____
Judge John Milton Younge