# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIN NUNEZ, | : |
|     *Plaintiff* | : Case No. 19-cv-02780-JMY |
| v. | : |
| KIM FLOWERS, ET AL., | : |
|     *Defendants* | : |

## ORDER

**AND NOW**, this 10th day of March, 2020, after consideration of Plaintiff's Motion for Leave to Serve Process (ECF No. 13), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.**

Plaintiff may effectuate service of process on Defendant Kim Flowers by filing proof of service showing that it:

(1) mailed a copy of the Complaint by both First-Class Mail and Certified Mail, return receipt requested, to Defendant Flowers' last known addresses of: 182 Denver Avenue, Mantua, New Jersey 08051, and 95 Annapolis Road, Pennsville, New Jersey 08070; and

(2) posted a copy of the Complaint affixed to the front door of both premises.

Service shall be complete upon filing of said proof of service.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**